IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Helix Microinnovations LLC,** | Case No. 2:24-cv-00629-JRG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Analog Devices, Inc.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.